PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## United States District Court

FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

TODD DAVIDSON

Crim #:   3:02CR00104(AVC)

Re: **Early Termination of Supervision**

On **August 31, 2000** the above named was placed on SUPERVISED RELEASE for a period of 10 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

_Michael P. Rafferty_
Michael P. Rafferty
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this _20TH_ day of December, 2005.

The Honorable Alfred V. Covello
Senior United States District Court Judge